UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| Donald P. Lariviere et al | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | CIVIL NO.  2:09-CV-515-P-S |
| | ) | |
| Bank of New York as Trustee et al | ) | |
| Defendants | ) | |

J U D G M E N T

In accordance with the Order Granting Motion Dismiss, entered by U.S. District Judge George Z. Singal on April 1, 2010,

Judgment of Dismissal is hereby entered as to Defendant, Bank of America.

In accordance with the Order Affirming the Recommended Decision of the Magistrate Judge entered by U.S. District Judge George Z. Singal on June 11, 2010,

Judgment of Dismissal is hereby entered as to Defendants, Bank of New York as Trustee, Litton Loan Servicing LP, and Mortgage Electronic Registration Systems Inc.

In accordance with the Order of Dismissal entered by U.S. District Judge George Z. Singal on July 1, 2010,

Judgment of Dismissal is hereby entered as to Defendant, First Residential Mortgage Network, Inc.

LINDA L. JACOBSON
CLERK

By: /s/ Lindsey Caron
   Lindsey Caron
   Deputy Clerk

Dated this 1st day of July, 2010.